IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00189-MR-WCM

| | | |
|---|---|---|
| JILL N. WASKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MONICA H. LESLIE and FAMILY COURT OF HAYWARD COUNTY, NORTH CAROLINA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action on July 22, 2021. [Doc. 1]. Along with her Complaint, the Plaintiff moved to proceed without the prepayment of fees and costs. [Doc. 2]. On July 28, 2021, the Court entered an Order, concluding that the Complaint was subject to dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. [Doc. 3 at 6-7]. The Court further found that the Plaintiff had adequate resources with which to pay the required filing fee. [Id. at 7]. The Court gave the Plaintiff thirty (30) days to pay the required filing fee and to file an amended complaint addressing the deficiencies identified in the Court's Order. [Id. at 7-8]. The Plaintiff was specifically warned that failure to file an amended complaint or to pay the

required filing fee would result in the dismissal of this action without prejudice. [Id.].

More than thirty (30) days has passed since the entry of the Court's Order, and the Plaintiff has failed to pay the required filing fee or to amend her Complaint. As the Court previously noted [Doc. 3 at 4], the Plaintiff's Complaint fails to allege a plausible disability discrimination claim. Accordingly, the Plaintiff's Complaint is hereby dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to close this civil action.

**IT IS SO ORDERED**.

Signed: September 9, 2021

Martin Reidinger
Chief United States District Judge